TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00682-CR






Nnamdi Royce Washington, Appellant


v.


The State of Texas, Appellee






FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT

NO. 64,770, HONORABLE FANCY H. JEZEK, JUDGE PRESIDING





O R D E RPER CURIAM

 Appellant has filed a third motion for extension of time to file his brief, asking for
a thirty day extension of time. We grant the motion and extend the deadline to March 14, but caution
counsel that no further extensions will be granted and that a failure to file the brief will result in
referral of the matter to the trial court for a hearing pursuant to rule 38.8(b). See Tex. R. App.
P. 38.8(b).


Before Justices Puryear, Pemberton and Rose

Filed: February 11, 2011

Do Not Publish